IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOEL TYNER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV460 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA and OMAHA FIRE DEPARTMENT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the defendant City of Omaha's motion for summary judgment (Filing No. 22) is scheduled for oral argument before the undersigned on **January 30, 2007, at 3:00 p.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge