IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOEL TYNER                                              PLAINTIFF

   V.                          NO. 8:05CV460

CITY OF OMAHA                                           DEFENDANT

## NOTICE

Please take notice that the above styled case is scheduled for a **PRE TRIAL CONFERENCE on MAY 21, 2007 AT 4:00PM, with the JURY TRIAL TO BEGIN on MAY 22, 2007 AT 9:00AM**, in the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Further, the parties are to file proposed jury instructions by the close of business on **MAY 16, 2007**.

Dated this 10th day of May, 2007.

AT THE DIRECTION OF THE COURT

By: /s/ Holly Porter
Deputy Clerk

To:  W. Craig Howell
     Michelle Peters

cc:  U.S. Clerk