IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOEL TYNER                                                     PLAINTIFF

       v.           Civil No. 8:05CV460

CITY OF OMAHA                                                  DEFENDANT

### ORDER

    NOW on this 14TH day of May, 2007, comes on for consideration defendant's motion for continuance (Pleading #44) filed May 11, 2007.  Counsel for plaintiff does not object.

    IT IS ORDERED that the motion is well taken and should be granted.  This matter is removed from the May 22, 2007, trial docket and will be reset for trial by separate notice.

                                                      /s/ Robert T. Dawson
                                                      ROBERT T. DAWSON
                                                      UNITED STATES DISTRICT JUDGE